DK

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ SEP 17 2012 ★

**LONG ISLAND OFFICE**

Mr. Corey Davis
U.S.P. Tucson
P.O. Box 24550
Tucson, Az 85734

September 10, 2012

E. Thomas Boyle

U.S. Magistrate Judge

U.S. District Court

100 Federal Plaza

Central Islip, NY 11722

**RECEIVED**
In chambers of
U.S. Magistrate Judge
E. Thomas Boyle

SEP 17 2012

Re: Corey Davis v. Joy Brown, et al Cv-12-1906

Dear Judge Boyle:

I am the plaintiff in the above titled action. I received the Order that you issued on August 29, 2012. In it you scheduled a teleconference for "All parties" for October 11, 2012 at 11:00 a.m. Under the heading "Discovery Agenda at the Telephone Conference" you stated that the Pro se plaintiff is "exempt...from automatic disclosure, otherwise required...and from the planning conference, otherwise required by Rule 26(f), Fed.R.Civ.P.,..."

I find myself confused as to whether or not I am required and or have the right to participate in this telephone conference. I ask you to please clarify for me if I am required to participate, or if I have the right to attend via telephone.

If I am required to participate, I ask the Court to

assist me in insuring that I am able to meet this requirement. The federal prison I'm in will not take any affirmative action in allowing an inmate to conduct telephone conferences. The institution requires the court to contact the inmates counselor in advance of the conference. If my participation is required or permissible, I ask the court to please contact Ms. Brown, my counselor and make the necessary arrangements for me to attend this conference via telephone.

    I thank the Court for all attention to this matter.


Very Truly Yours,

*[signature]*

Corey Davis @42898-053

⇦42898-053⇦
Mr Corey Davis
@ 42898-053
PO BOX 2-4550
United State Penitentiary
Tucson, AZ 85734
United States

CERTIFIED MAIL

7011 3500 0000 4682 0755

⇦42898-053⇦
U S District Courthouse
Clerk of the Court
100 Federal PLZ
P.O. Box 9014
Central Islip, NY 11722
United States

11722=9014



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
UNITED STATES POSTAGE
PITNEY BOWES
02 1R     $ 00.000
0000012108  SEP 11 2012
MAILED FROM ZIP CODE 85706