

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2015 ★
LONG ISLAND OFFICE

Mr. Corey Davis
U.S.P. Tucson
P.O. Box 3900
Adelanto, CA 92301

June 15, 2015

Honorable Sandra J. Fuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 22 2015 ★
LONG ISLAND OFFICE

RECEIVED
JUN 2 3 2015
EDNY PRO SE OFFICE

Re: Davis v. Brown, PODS Inc. 12-cv-1906

Dear Judge Fuerstein:

I am the Pro Se plaintiff in the above titled action, as well as the plaintiff in another, unrelated, civil action before this Honorable Court; Davis v. Cannick, et al. 14-cv-7571. I am writing to request the Court's assistance, by way of an Order, in obtaining my legal materials necessary to prosecute both actions.

On April 13, 2015 I was transferred from United States Penitentiary Tucson, Arizona to United States Penitentiary Victorville, California. As such, I was separated from all of my legal and personal property. Although, per Bureau of Prisons policy, I was supposed to be afforded the opportunity to have all of my property packed and inventoried, in my presence prior to being transferred, I was not allowed to do so and my property was packed some time after my transfer

from the Tucson facility.

On June 8, 2015 I received the property that was packed and forwarded to Victorville. Inexplicably, many voluminous case files were missing, including both files for the cases before Your Honor's Court. I have made great effort through prison staff to locate my property, however it has yielded no results. It is my belief that there are too many missing documents and personal effects to have been overlooked, and are therefore still somewhere at the Tucson facility.

For the above reasons I respectfully Your Honor issue an ORDER to the Warden of United States Penitentiary Tucson, directing him to conduct a diligent search for all of the materials listed in the attached letter to Mr. Gonzales, my counselor at U.S.P. Victorville, particularly the files pertaining to matters before this Court.

Respectfully Submitted,

Corey Davis, Plaintiff, Pro Se

attachment:

### Order
The application is:
___ granted
_✓_ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

s/ Sandra J. Feuerstein
USDJ    6/26/15