UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Cory Davis,

        Plaintiff.

   -v-

Jay Brown, PODS Inc.,

        Defendants.

-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 27 2015 ★
LONG ISLAND OFFICE

Case No. 12-CV-1906 ~~(JS)(AKT)~~ (SJF) (AYS)

## AFFIRMATION OF WILLIAM CARTER

## IN SUPPORT OF PLAINTIFF



RECEIVED
OCT 27 2015
EDNY PRO SE OFFICE

I, William Duval Carter, affirm the following facts:

1. I am the cousin of Corey Davis, petitioner in the above titled matter.

2. In or about 2005, Mr. Davis moved from his house in Queens, New York to Weston, Florida.

3. In or about late January of 2007, after Mr. Davis arrested and denied bailed, I traveled to Weston, Florida to secure his personal property. This included house furnishings, clothes and his vehicle.

4. I made more than one trip. On one occasion I was accompanied by Chester Davis II and Chester Davis III, Mr. Davis's father and brother respectively.

5. Collectively, we boxed Mr. Davis's personal property, placing it and his furniture in storage.

6. I know from personal knowledge that Mr. Davis was a resident of Weston, Florida prior to, and at the time of his arrest in December of 2006.

7. In or about July of 2015, Mr. Davis's asked me to contact the utilities companies he utilized while living in Florida. I called Florida Power & Lighting, Comcast Cable, and Sunrise Water Authority. I provided Mr. Davis' name and address (591 Ranch Road), and each agency informed me they did not maintain customer account information dating back to 2006.

8. I have subsequently learned that my Uncle Chester Davis II was told by Comcast that they had retrieved Mr. Davis' account information.

Pursuant to 28 U.S.C. § 1746, I swear, under penalty of perjury the forgoing is true and correct to the best of my knowledge and belief.

Sworn this 27, day of OCTOBER, TWO THOUSAND FIFTEEN

*William D. Carter*

William D. Carter
North Babylon, NY 11703